# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALMA ST. HILAIRE, | |
| Plaintiff, | Case No. 2:13-cv-01425-MMD-NJK |
| vs. | ORDER STRIKING FILED DOCUMENT |
| THE VONS COMPANIES, INC., et al, | (Docket No. 12) |
| Defendants. | |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. On November 14, 2013, Plaintiff filed a Notice of F.R.C.P. 26(f) Conference. Docket No. 12. Because that document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

The Court hereby **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: November 14, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge